# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**380**

**CA 11-02447**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, CARNI, AND SCONIERS, JJ.

---

PATRICIA CURTO, PLAINTIFF-APPELLANT,

V

MEMORANDUM AND ORDER

ZITTEL'S DAIRY FARM, JOHN ZITTEL, SANDY
ZITTEL, THOMAS DEXTER AND JEFFREY GASPER,
DEFENDANTS-RESPONDENTS.
(APPEAL NO. 3.)

---

PATRICIA CURTO, PLAINTIFF-APPELLANT PRO SE.

-------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Erie County (John M. Curran, J.), entered March 8, 2011. The judgment dismissed plaintiff's causes of action upon a jury verdict of no cause of action.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Curto v Zittel's Dairy Farm* ([appeal No. 1] ___ AD3d ___ [May 3, 2013]).

Entered:  May 3, 2013

Frances E. Cafarell
Clerk of the Court